UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PSI DISTRIBUTION INCORPORATED, *et al*, | § § § § | |
| Appellants, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2366 |
| | § § | |
| PARTICAL DRILLING TECHNOLOGIES INC., A NEVADA CORPORATION, *et al* | § § § | |
| Appellee. | | |

## ORDER FOR EXPEDITED RESPONSE

The Debtor's Motion to Expedite Appeal has been filed. A response is required on an expedited basis. The response should be filed no later than ten (10) days from the date this order is entered. The parties are also hereby notified that a non-evidentiary hearing is scheduled for August 20, 2009 at 1:30 PM in Houston at 515 Rusk Street in Chambers, Room 3716. Parties may participate by telephone by calling the Court's conference dial-in number (713) 250-5238 at the scheduled time. Those parties who participate by telephone SHOULD NOT USE CELLULAR telephones or a speaker. Parties should be prepared to discuss the pending Motion to Expedite Appeal.

**IT IS SO ORDERED**.

SIGNED this 7th day of August, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE