UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

PSI Distribution Incorporated

v.	Case No.: 4:09–cv–02366
	Judge Keith P Ellison

	Defendant

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/17/09

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Argument on Bankruptcy Appeal

Date:   August 13, 2009

Clerk of Court